252 So.2d 669

## Wilson WILLIAMS

v.

### Sidney COLLIER, Testamentary Executor of the Succession of Oliver Washington.

#### No. 51646.

#### Oct. 1, 1971.

In re: Sidney Collier, Testamentary Executor, applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 249 So.2d 298.

Writ refused. The judgment is not final, since the case has been remanded.

252 So.2d 669

## COLLINS PIPELINE COMPANY

v.

## NEW ORLEANS EAST, INC.

#### No. 51677.

#### Oct. 1, 1971.

In re: New Orleans East, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 29.

Writ refused. Since the case has been remanded, the judgment is not final.

252 So.2d 670

## COLLINS PIPELINE COMPANY

v.

## NEW ORLEANS EAST, INC.

#### No. 51679.

Supreme Court of Louisiana.

#### Oct. 1, 1971.

In re: Collins Pipeline Company, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 250 So.2d 29.

Writ refused. Since the case has been remanded, the judgment is not final.

252 So.2d 670

## George L. RICHARDSON

v.

## William EMMONS, Doris Emmons and Lois S. Lombardo.

#### No. 51654.

Supreme Court of Louisiana.

#### Oct. 1, 1971.

In re: Lois S. Lombardo applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 250 So.2d 454.

Writ refused. The judgment is not final.